*E-Filed 9/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN CLEMENT NELSON,<br><br>    Petitioner,<br><br>  v.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Respondent. | No. C 10-3171 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to pay the filing fee of $5.00 by September 13, 2010 or face dismissal of the action. That date has passed, and petitioner still has not paid the filing fee. Accordingly, the action is DISMISSED without prejudice to petitioner's paying the filing fee. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: September 23, 2010

_____
RICHARD SEEBORG
United States District Judge