*E-Filed 4/27/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN CLEMENT NELSON, | No. C 10-3171 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the petition is hereby dismissed for petitioner's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. ("FRCP") 41(b). Pursuant to FRCP 41(b), this dismissal operates as an adjudication on the merits. Respondent's motion to dismiss for lack of custody (Docket No. 13) is DENIED as moot. The Clerk shall enter judgment in favor of respondent, terminate Docket No. 13, and close the file.

**IT IS SO ORDERED**.

DATED: April 26, 2011

RICHARD SEEBORG
United States District Judge